BOGART, DAKOTA 8765
601 South 3rd Street
Leavenworth, Kansas 66048



KANSAS CITY 640
30 APR 2021 PM 6 L

TIMOTHY O'BRIEN
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
444 SE QUINCY, ROOM 490
TOPEKA, KANSAS 66683

RECEIVED
MAY 03 2021
CLERK, U.S. DIST. COURT
TOPEKA, KANSAS

THIS CORRESPONDENCE
HAS BEEN MAILED FROM THE
LEAVENWORTH COUNTY JAIL

66683-358799